UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: | : |
| Spectrum Healthcare Winsted, LLC | : Chapter 7 |
| Debtor | : Case No. 12-22211 (ASD) |
| | JUNE 20, 2013 |

### APPLICATION FOR AUTHORITY TO
### EMPLOY AND APPOINT ACCOUNTANTS

TO THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF CONNECTICUT:

1. The above-named Debtor filed a petition under Chapter 11 of the Bankruptcy Code on September 10, 2012. The case was converted to Chapter 7 on May 30, 2013.

2. Anthony S. Novak has been appointed Trustee of the Estate of the above-named Debtor, duly qualified and serving as such.

3. The Trustee believes it is necessary to hire an accountant in connection with this case and is moving to employ and appoint Blum Shapiro & Co., P.C., ("Blum Shapiro") 29 South Main Street, West Hartford, Connecticut 06127-2000, as accountants. The Trustee has selected Blum Shapiro because of their considerable experience and their expertise in bankruptcy and forensic accounting.

4. The Trustee believes it is in the best interest of the Estate to hire Blum Shapiro and to authorize them to render the following services:

    a. Examine the books and records of the Debtor.

    b. Assist the Trustee in the identification of undisclosed assets belonging to the Estate.

    c. Assist the Trustee with the identification of potential preferences.

    d. Assist the Trustee in search of possible sources of restitution and recovery.

    e. Assist the Trustee in identification of potential fraudulent transfers or transactions.

    f. Examine the books and records of entities controlled by or related to the Debtor in order to identify assets potentially belonging to the Estate and sources of recovery.

    g. Assist the Trustee in pursuing any actions initiated as a result of Blum Shapiro's analyses, including offering expert testimony, if required.

    h. Assist in any additional financial or forensic investigations requested by the Trustee as well as preparation of any additional required reports.

    i. Prepare federal and state income tax returns.

5. The terms of the employment of Blum Shapiro, subject to the Court's approval, are as follows:

    a. The hourly rates for the partners, principals and directors of the firm are $330 to $400 per hour; manager rates are $235 to $325; senior staff rates are $180 to $230; and staff rates are $80 to $175 per hour. The maximum allowable compensation for said services shall be $10,000. In the normal course of business, Blum, Shapiro & Company, P.C. periodically revises its hourly rates. Upon such revision of the aforementioned rates, Blum Shapiro requests the rates be revised to regular hourly rates which will be in effect at that time, recognizing that payment of any compensation is subject to approval by the Court.

    b. Blum Shapiro reserves the right to apply for an increase in the maximum allowable compensation where circumstances warrant it.

    c. Blum Shapiro shall also be reimbursed for actual necessary expenses.

    d. Application for Compensation for services and expenses shall be submitted to the Court for approval.

6. During the pendency of the Chapter 11 case, Blum Shapiro was engaged by this Debtor and affiliates of this Debtor as their Financial Advisor.

7. To the best of the Trustee's knowledge, except as disclosed in paragraph 6 above, Blum Shapiro has no connection with the Debtor or creditors or any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee and do not hold or represent an interest adverse to the bankruptcy estate, and are disinterested parties under 11 U.S.C. 101(14).

WHEREFORE, the Trustee, pursuant to 11 U.S.C. 327, requests that the Court approve the employment of Blum Shapiro as accountants to perform the professional services described in this Application.

Dated at Manchester, Connecticut, this 17th day of June, 2013.

By   Anthony S. Novak, Trustee
Anthony S. Novak, Trustee
280 Adams Street
Manchester CT  06042
Phone:  860-432-7710
Email: anthonysnovak@aol.com
Bar No.: ct9074

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: : | |
| : | |
| Spectrum Healthcare Winsted, LLC : | Chapter 7 |
| : | |
| Debtor : | Case No. 12-22211 (ASD) |
| : | |

## AFFIDAVIT OF PROPOSED ACCOUNTANT

STATE OF CONNECTICUT)
                            ) ss: West Hartford
COUNTY OF HARTFORD )

      I, RICHARD P. FINKEL, of Blum, Shapiro & Co., P.C. ("Blum Shapiro") hereby make solemn oath:

1. I am a Certified Public Accountant, a Certified Fraud Examiner, a Certified Insolvency and Restructuring Advisor and I am Certified in Financial Forensics.

2. Blum Shapiro maintains an office at 29 South Main Street, West Hartford, Connecticut 06127-2000.

3. During the pendency of the Chapter 11 case, Blum Shapiro was engaged by this Debtor and affiliates of this Debtor as their Financial Advisor.

4. Blum Shapiro has no known connection with the above-named Debtor, its creditors, or any party in interest herein, except as noted above.

5. Blum Shapiro are disinterested persons within the meaning of 11 U.S.C. Section 101(14) and represent no interest adverse to the Debtor or the Estate.

6. The professional services to be rendered by Blum Shapiro will include those required by the Trustee, and detailed in the Application for Authority to Employ and Appoint Accountants.

7. The terms of the employment of said accountants agreed to by the Applicant, subject to the approval of the Court, is as follows:

| | |
|---|---|
| Partners, Principals & Directors : | $330 - $400 per hour |
| Managers: | $235 - $325 per hour |
| Senior Staff: | $180 - $230 per hour |
| Staff: | $80 - $175 per hour |

In the normal course of business, Blum, Shapiro & Company, P.C. periodically revises its hourly rates. Upon such revision of the aforementioned rates, Blum Shapiro requests the rates be revised to regular hourly rates which will be in effect at that time, recognizing that payment of any compensation is subject to approval by the Court.

8. The maximum amount of compensation sought is $10,000, said compensation is based on the hourly rates set forth above.

Richard P. Finkel, CPA/CFF, CFE, CIRA
Blum Shapiro & Co., P.C.
29 South Main Street, P.O. Box 272000
West Hartford, CT  06127-2000
Phone: 860-561-6891  FAX: 860-521-0035

Subscribed and sworn to before me this 17th day of June, 2013.

Notary Public
My Commission Expires: April 30, 2017

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: : | |
| Spectrum Healthcare Winsted, LLC : | Chapter 7 |
| Debtor : | Case No. 12-22211 (ASD) |

## ORDER AUTHORIZING APPOINTMENT OF ACCOUNTANTS

Upon the Application of Anthony S. Novak, Trustee of the above Estate, requesting approval of the employment of Blum, Shapiro & Co., P.C. ("Blum Shapiro"), as Accountants for this Estate, all as set forth in the Application For Authority To Employ and Appoint Accountants and it appearing that Blum Shapiro does not hold or represent any interest adverse to this Estate, and that Blum Shapiro is a disinterested person within the meaning of §327 of the Bankruptcy Code and that Blum Shapiro does not appear to have any connection with the Debtor, the creditors, or any other party in interest, it is

ORDERED, that Anthony S. Novak as Trustee, is authorized to employ Blum Shapiro as accountants for this Estate, in accordance with the terms and conditions as outlined in the Application for Authority To Employ and Appoint Accountants provided, however, that the maximum hourly rate shall not exceed $400, subject to periodic adjustments, approved as reasonable by the court upon Application for Compensation pursuant to Bankruptcy Code §330(a) and §331, and the maximum amount of compensation shall be $10,000, and it is further

ORDERED, that the allowance and payment of reasonable compensation and reimbursement for actual, necessary expenses shall be the subject of further orders of this court pursuant to Code §330(a) and §331 after notice and hearing upon proper Application.